# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Sievert, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Knight-Swift Transportation Holdings Incorporated,<br><br>　　　　Defendant. | NO. CV-24-02443-PHX-SPL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 30, 2025, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

April 30, 2025

　　　　　　　　　　　　　　　　　s/ E. Aragon
　　　　　　　　　　　　　　By　 Deputy Clerk